**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No. 2:25-cr-20420-SHL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROBERT PARKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS CRIMINAL COMPLAINT**

---

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and William C. Bateman, Assistant United States Attorney, respectfully moves this Honorable Court to dismiss the criminal complaint in the above-styled case.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

/s/ *William C. Bateman*
William C. Bateman
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231

**CERTIFICATE OF SERVICE**

I, William Bateman, Assistant United States Attorney for the Western District of Tennessee, do hereby certify that a copy of the foregoing motion has been filed via the District Court's electronic case filing system.

This 7th day of January 2026.

/s/ *William C. Bateman*
William C. Bateman
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231